

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WEST TEXAS EXPRESS d/b/a ROBERTS' TRANSPORTATION, INC., | § | |
| | § | No. 08-12-00307-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| PEDRO GUERRERO, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2011DCV01329) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause with instructions to the trial court to enter an order compelling arbitration between the parties and staying all other proceedings pending the outcome of arbitration. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JUNE, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.